IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 98-3057-CV-S-DW |
| BOBBY DELAUDER, | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. 39) recommending that the Court grant the United States' Motion for Conditional Release (Doc. 35). The parties have waived the 14-day period in which to file objections to the Report and Recommendation.

After an independent review of the record, the Court hereby ADOPTS Judge Rush's Report and Recommendation and directs that it be attached to and made a part of this Order. Accordingly, the United States' Motion for Conditional Release (Doc. 35) is GRANTED and the Court ORDERS that Defendant Bobby Delauder be conditionally released pursuant to the conditions enumerated in the Memorandum for Warden Linda Sanders, from John Getchell, LCSW, which is attached to the United States' Motion for Conditional Release.

SO ORDERED.

Date: May 20, 2013
/s/ Dean Whipple
Dean Whipple
United States District Judge